FILED

06/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0665

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0665

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

SCOTT ALAN LEHRKAMP,

> Defendant and Appellant.

## ORDER

Upon consideration of the State's Unopposed Motion to Supplement the Record on Appeal, submitted by the Appellee, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted, and the Clerk of the Supreme Court is ordered to add the Lewis and Clark County Justice Court documents to the record filed in Supreme Court Case *State v. Lehrkamp*, DA 22-0665 to the instant case.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 19 2024